IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICHARD F. COLLINS                                                                                      PLAINTIFF

vs.                                       Civil No. 2:15-cv-02132

CAROLYN W. COLVIN
Commissioner, Social Security Administration                                          DEFENDANT

**REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is Defendant's Unopposed Motion to Remand. ECF No. 12. Defendant filed this Motion on October 16, 2015. *Id.* Plaintiff has no objections to this Motion. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable P. K. Holmes, III referred this case to this Court for the purpose of making a report and recommendation. In accordance with that referral, this Court enters the following report and recommendation.

Defendant requests Plaintiff's case be remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) so that the ALJ can further develop the administrative record. ECF No. 12. Plaintiff has no objections to this Motion. *Id.* Based upon the foregoing, this Court recommends Defendant's Motion to Remand (ECF No. 12) be **GRANTED,** and Plaintiff's case be remanded to the Social Security Administration for further administrative review pursuant to Sentence Four of 42 U.S.C. § 405(g).

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the**

district court.  *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

      **ENTERED this 21st day of October 2015.**

                                     /s/  Barry A. Bryant
                                     HON. BARRY A. BRYANT
                                     U. S. MAGISTRATE JUDGE