IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICHARD F. COLLINS                                                                                    PLAINTIFF

v.                                          Case No. 2:15-CV-2132

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                                  DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 13) from Chief United States Magistrate Judge Barry A. Bryant.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  The Commissioner's Unopposed Motion to Remand (Doc. 12) is GRANTED by the court.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 10th day of November, 2015.

*/s/ P. K. Holmes,* III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE